UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ  )<br>(DROSPIRENONE) MARKETING, SALES  )<br>PRACTICES AND PRODUCTS LIABILITY  )<br>LITIGATION  )<br>  ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Monica Ruedy, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12114-DRH |
| *Patricia Simson, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12220-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 22, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
         **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.08.03 13:52:03 -05'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT